IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-001770-BNB

GREGORY ANDREW MURPHY,

    Plaintiff,

v.

JEFFERSON COUNTY BOARD OF COMMISSIONERS,
TED MINKS, Jefferson County Sheriff,
JEFFERSON COUNTY DETENTION CENTER,
AIRMART, INC., and
JOHN/JANE DOE 1-20, In Their Professional and Personal Capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

At the time the Plaintiff, Gregory Andrew Murphy, initiated the instant action he was detained at the Jefferson County Detention Facility in Golden, Colorado. On October 23, 2007, Plaintiff submitted a new mailing address to the Court that indicates he resides in Littleton, Colorado, and no longer is detained at the Jefferson County Detention Facility.

Mr. Murphy's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Murphy will be ordered to submit an Amended Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Murphy may elect to pay the $350.00 filing fee in full to pursue his claims in this action. Accordingly, it is

ORDERED that Mr. Murphy submit **within thirty days from the date of this Order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Murphy may elect to pay the $350.00 filing fee in full to pursue his claims in this action. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Murphy, at his new address, together with a copy of this Order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, for use by **nonprisoners** in submitting an amended motion and affidavit. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order within thirty days the Complaint and action will be dismissed without further notice.

DATED October 24, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01770-BNB

Gregory A. Murphy
PO Box 270871
Littleton, CO 80127

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on 10/24/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk