IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-001770-BNB

GREGORY ANDREW MURPHY,

Plaintiff,

v.

JEFFERSON COUNTY BOARD OF COMMISSIONERS,
TED MINKS, Jefferson County Sheriff,
JEFFERSON COUNTY DETENTION CENTER,
AIRMART, INC., and
JOHN/JANE DOE 1-20, In Their Professional and Personal Capacities,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

At the time Plaintiff, Gregory Andrew Murphy, initiated the instant action he was detained at the Jefferson County Detention Facility in Golden, Colorado. On October 23, 2007, Plaintiff submitted a new mailing address to the Court indicating that he currently resides in Littleton, Colorado, and no longer is detained at the Jefferson County Detention Facility.

Because Mr. Murphy's new address indicates that he no longer is incarcerated, Magistrate Judge Boyd N. Boland on October 24, 2007, ordered Mr. Murphy within thirty days either to pay the full $350.00 filing fee or to submit an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland warned Mr. Murphy that if he failed to comply with the October 24 order within the time allowed, the complaint and the action would be dismissed without further notice.

Mr. Murphy has failed within the time allowed to comply with the October 24, 2007, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to comply with the October 24, 2007 order for an amended motion pursuant to 28 U.S.C. § 1915 and for failure to prosecute.

DATED at Denver, Colorado, this 11 day of Dec., 2007

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01770-BNB

Gregory A. Murphy
PO Box 270871
Littleton, CO 80127

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_12\\13\\07\_\_

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk